## FIRST DEPARTMENT, OCTOBER, 1939.

### (October 5, 1939.)

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES J. HINES.— Motion denied, stay vacated, and appeal set down for argument on October 24, 1939. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

### (October 6, 1939.)

In the Matter of the Application of HYMAN LIEBOWITZ, Appellant, for a Peremptory Order Pursuant to Article 78 of the Civil Practice Act against PAUL J. KERN and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of CHRISTINE FISCHER, Appellant, for an Order Dispensing with the Production of the Mortgage Made by CHRISTINE FISCHER to HELEN ROGERS WARDWELL, Covering Premises 127 East 80th Street, Borough of Manhattan, City of New York, and Directing the Cancellation and Discharge Thereof. WALTER E. GODFREY and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GASTON & COMPANY, INC., and DANIEL E. FINN, JR., as Sheriff of the County of New York, Respondents, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion for a stay granted without prejudice to an application to vacate such stay in the event that the claim of the United States Government in the action pending in the Federal court is dismissed or such action is not diligently prosecuted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

H. & S. SONN, INC., Respondent, v. WHITE PLAINS HAMILTON CORPORATION and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NATHAN A. HURWITZ, Respondent, v. RCA MANUFACTURING COMPANY, INC., and Another, Defendants, Impleaded with PUBLISHERS' SERVICE CO., INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion to vacate notice of examination before trial granted. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.